IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PRESTON BLANTON, 42100-177,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-774-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the court is Plaintiff's motion for a 90-day extension to appeal the judgment entered in this case (Doc. 95), filed April 28, 2015. On May 11, 2015, Magistrate Judge Irma Carrillo Ramirez entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 97), recommending that the court construe Plaintiff's motion as a notice of appeal under Federal Rule of Appellate Procedure 3(c) and deny as moot his request for a 90-day extension. No objections to the Report were filed.

After considering the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **construes** Plaintiff's motion as a notice of appeal under Federal Rule of Appellate Procedure 3(c) and **denies as moot** his request for a 90-day extension to appeal. (Doc. 95).

**It is so ordered** this 23rd day of June, 2015.

Sam A. Lindsay
United States District Judge

Order – Solo Page